No. 393. McLOUTH STEEL CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Edward L. Weber* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones, Joseph Kovner* and *Carolyn R. Just* for the United States.

No. 395. JANOUSEK *v.* CHATTERTON ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 401. DELTA AIR LINES, INC., *v.* COLEMAN, TAX COMMISSIONER OF CLAYTON COUNTY, GEORGIA, ET AL. Supreme Court of Georgia. Certiorari denied. *James N. Frazer* and *B. D. Murphy* for petitioner.

No. 407. IMMACULATE CONCEPTION CHURCH OF LOS ANGELES ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Harry P. Warner* and *Harold David Cohen* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Max D. Paglin, Daniel R. Ohlbaum, Ruth V. Reel* and *Ernest O. Eisenberg* for respondent.

No. 409. INDEMNITY INSURANCE CO. OF NORTH AMERICA *v.* SMITH. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Richard W. Galiher* and *William E. Stewart* for petitioner.

No. 397. SKOLNICK *v.* SPOLAR ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Thomas R. Mc-Millen* for respondents.